**Motion Denied and Order filed January 5, 2017.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-16-00365-CR**
_____

**TYRONE MONTGOMERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1476841**

## ORDER

Appellant is represented by appointed counsel, **Patricia Sedita**. Appellant's brief was originally due August 29, 2016**.** We have granted a total of 101 days to file appellant's brief until December 8, 2016. When we granted the last extension, we noted that no further extensions would be granted. No brief was filed. On December 27, 2016, counsel filed a further request for extension of time to file appellant's brief.

We deny the request for extension and issue the following order.

Accordingly, we order **Patricia Sedita** to file a brief with the clerk of this court on or before **January 17, 2017**. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.